UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACQUON ERVIN WILLIAMS, | No. LA CV 19-09089-VBF-SHK |
| Petitioner, | **ORDER** |
| v. | Adopting the Report & Recommendation: |
| PEOPLE OF STATE OF CALIFORNIA, | Denying the Habeas Corpus Petition and Terminating the Case (JS-6) |
| Respondent. | |

Finding no error of law, fact, or logic in the Magistrate Judge's well-reasoned Report and Recommendation, the Court orders as follows:

The Report and Recommendation **[Doc #4] is ADOPTED.**

The 28 U.S.C. section 2254 petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6)**.

IT IS SO ORDERED.

Dated: February 20, 2020     _____

                                    Hon. Valerie Baker Fairbank

                                  Senior United States District Judge