JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JACQUON ERVIN WILLIAMS,** | No. LA CV 19-09089-VBF-SHK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| PEOPLE OF STATE OF CALIFORNIA, | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent and against petitioner Jacquon Ervin Williams.**

IT IS SO ADJUDGED.

Dated: February 20, 2020

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge